1
2      NOTE: CHANGES MADE BY THE COURT
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9               FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| THE BOEING COMPANY, *et al.*, | ) CASE NO. CV13-00730-AB (AJWx) |
| Plaintiffs, | ) |
| vs. | ) **JUDGMENT AS TO PLAINTIFFS** |
| | ) **BREACH OF CONTRACT CLAIMS** |
| KB YUZHNOYE, *et al.*, | ) |
| | ) Judge: Hon. André Birotte Jr. |
| Defendants. | ) |
| | ) |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      Plaintiffs The Boeing Company ("Boeing") and Boeing Commercial Space

2   Company ("BCSC") filed a Motion for Summary Judgment on their claims against

3   Defendant S.P. Korolev Rocket and Space Corporation, Energia ("RSC Energia"), and

4   against Defendant KB Yuzhnoye ("Yuzhnoye") and Defendant PO Yuzhnoye

5   Mashinostroitelny Zavod ("Yuzhmash") for breach of the Creation Agreement and the

6   BCSC Loan Guarantees.  A hearing on the Motion was held before the Court on June

7   29, 2015.  Having fully considered the arguments, issues, and evidence presented, and

8   in accordance with the Order Granting Plaintiffs' Motion for Summary Judgment,

9   dated September 28, 2015 (Dkt. No. 750),

10   **IT IS HEREBY ORDERED AND ADJUDGED THAT**

11   1.      Judgment is entered in favor of Plaintiff Boeing on its claim for breach of

12          contract (Creation Agreement) against Defendant RSC Energia;

13          a.      Plaintiff Boeing shall recover from Defendant RSC Energia the

14                  principal amount of USD $112,270,615.71—to be reduced by an

15                  amount of USD $928,687.29, in full and final satisfaction of:  RSC

16                  Energia's counterclaim (Count IV) to recover the costs awarded to it

17                  in the Swedish arbitration and prejudgment interest on those costs;

18                  RSC Energia's existing or future claims for costs in the proceedings

19                  in the Swedish Court of Appeals and/or the Swedish Supreme Court

20                  (the "Swedish Appeals") relating to the Swedish arbitration and any

21                  prejudgment interest on those claims; and any other relief sought by

22                  Energia in connection with Count IV or the Swedish Appeals—for a

23                  total principal amount in Boeing's favor on its claim for breach of

24                  the Creation Agreement by Energia of USD $111,341,928.42.

25          b.      Plaintiff Boeing shall recover from Defendant RSC Energia

26                  prejudgment interest on its claim for breach of the Creation

27                  Agreement from September 21, 2009, up to and including October

28                  15, 2015, in the additional amount of USD $54,050,615.56;

1

1        c.    Plaintiff Boeing shall recover from Defendant RSC Energia

2              prejudgment interest on its claim for breach of the Creation

3              Agreement in the additional amount of USD $24,607.26 per diem

4              from October 16, 2015, up to and including the date the Judgment is

5              entered;

6        d.    With respect to Plaintiff Boeing and Defendant RSC Energia,

7              Plaintiff Boeing is the prevailing party for purposes of an award of

8              costs; and

9        e.    Post-judgment interest shall apply to the total judgment awarded in

10             favor of Plaintiff Boeing against Defendant RSC Energia on

11             Boeing's claim for breach of the Creation Agreement (*i.e.*, USD

12             $165,392,543.98, plus the amounts provided under Paragraph

13             No. 1.c above, and plus any costs and/or attorneys' fees

14             subsequently awarded), as provided by 28 U.S.C. § 1961, as of the

15             date the Judgement is entered.

16    2.    Judgment is entered in favor of Plaintiff BCSC on its claim for breach of

17        contract (BCSC Loan Guarantee) against Defendant RSC Energia;

18        a.    Plaintiff BCSC shall recover from Defendant RSC Energia on its

19             claim for breach of the BCSC Loan Guarantee the principal amount

20             of USD $130,764,438.25;

21        b.    Plaintiff BCSC shall recover from Defendant RSC Energia

22             prejudgment interest[1] on its claim for breach of the BCSC Loan

23

24

25    ———————————

26    [1] **In the Parties' respective proposed judgment briefs, there is a dispute as to whether a simple interest rate or a compound interest rate should be applied to the prejudgment interest rate of Plaintiff BCSC's claim.  (Dkt. No. 779, Ex. 1, pp. 8-9; *cf*. Dkt. No. 780, pp. 5-6.)  The Parties do not dispute that the simple interest rate here is 3.25% per annum.**

27

28    (Continued…)

1                   Guarantee from August 5, 2009, up to and including October 15,

2                   2015, in the additional amount of USD **$26,337,390.90**;

3     c.    Plaintiff BCSC shall recover from Defendant RSC Energia

4                   prejudgment interest on its claim for breach of the BCSC Loan

5                   Guarantee in the additional amount of USD **$11,643.41** per diem

6                   from October 16, 2015, up to and including the date the Judgment is

7                   entered;

8     d.    With respect to Plaintiff BCSC and Defendant RSC Energia,

9                   Plaintiff BCSC is the prevailing party for purposes of an award of

10                 costs; and

11     e.    Post-judgment interest shall apply to the total judgment awarded in

12                   favor of Plaintiff BCSC against Defendant RSC Energia (*i.e.*, USD

13                   **$157,101,829.15**, plus the amounts provided under Paragraph No.

14                   2.c above, and plus any costs and/or attorneys' fees subsequently

15                   awarded), as provided by 28 U.S.C. § 1961, as of the date the

16                 Judgement is entered.

17   3.  Judgment is entered in favor of Plaintiff Boeing on its claim for breach of

18       contract (Creation Agreement) against Defendants Yuzhnoye and Yuzhmash;

19       a.    Plaintiff Boeing shall recover from Defendants Yuzhnoye and

20                 Yuzhmash on its claim for breach of the Creation Agreement the

21

22

23    **The BCSC Loan Guaranties is governed under English law.  (Dkt. No. 750, pp. 19-20.)  As stated in the David Wolfson Declaration (Dkt. No. 752-4), English law allows a successful claimant "to recover prejudgment interest on any sums found due to him or her under a judgment of the court."  (*Id.* at ¶ 2.)  In awarding prejudgment interest, "[t]he court may order simple interest under Section 35A of the Senior Courts Act 1981 or an appropriate interest rate (including [a semi-annual] compound interest) under the common law."  (*Id.* at ¶ 16.)  Accordingly, "it is for the US court to determine the applicable pre-judgment interest rate" pursuant to English law.  (*Id.* at ¶ 20.)**

28    (Continued…)

3

1    principal amount of USD $67,362,369.42—to be reduced by an

2    amount of USD $610,661.76, in full and final satisfaction of:

3    Yuzhnoye and Yuzhmash's counterclaim (Count IV) to recover the

4    costs awarded to them in the Swedish arbitration and prejudgment

5    interest on those costs; Yuzhnoye's and/or Yuzhmash's existing or

6    future claims for costs in the proceedings in the Swedish Court of

7    Appeals and/or the Swedish Supreme Court (the "Swedish

8    Appeals") relating to the Swedish arbitration and any prejudgment

9    interest on those claims; and any other relief sought by Yuzhnoye

10   and/or Yuzhmash in connection with Count IV or the Swedish

11   Appeals—for a total principal amount in Boeing's favor on its claim

12   for breach of the Creation Agreement against Yuzhnoye and

13   Yuzhmash of USD $66,751,707.66.

14   b.   Plaintiff Boeing shall recover from Defendants Yuzhnoye and

15        Yuzhmash on its claim for breach of the Creation Agreement

16        prejudgment interest from September 21, 2009, up to and including

17        October 15, 2015, in the additional amount of USD $32,430,369.33;

18   c.   Plaintiff Boeing shall recover from Defendants Yuzhnoye and

19        Yuzhmash prejudgment interest on its claim for breach of the

20        Creation Agreement in the additional amount of USD $14,764.35

21        per diem from October 16, 2015, up to and including the date the

22        Judgment is entered;

23   d.   With respect to Plaintiff Boeing and Defendants Yuzhnoye and

24        Yuzhmash, Plaintiff Boeing is the prevailing party for purposes of

25        an award of costs;

26   _____

27   **Given the circumstances of this matter, the Court concludes that a simple interest of 3.25% per annum (*i.e.*, USD $11,643.41 per diem) is appropriate. The re-calculation for the prejudgment interest is adjusted accordingly.**

28

4

1        e.    Post-judgment interest shall apply to the total judgment awarded in

2             favor of Plaintiff Boeing against Defendants Yuzhnoye and

3             Yuzhmash (*i.e.*, USD $99,182,076.99, plus the amounts provided

4             under Paragraph No. 3.c above, and plus any costs and/or attorneys'

5             fees subsequently awarded), as provided by 28 U.S.C. § 1961, as of

6             the date the Judgement is entered; and

7        f.    Defendants Yuzhnoye and Yuzhmash shall be jointly and severally

8             liable for all amounts awarded in favor of Plaintiff Boeing and

9             against Defendants Yuzhnoye and Yuzhmash under Paragraph No. 3

10            of the Judgment.

11    4.    Judgment is entered in favor of Plaintiff BCSC on its claim for breach of

12        contract (BCSC Loan Guarantee) against Defendants Yuzhnoye and

13        Yuzhmash;

14        a.    Plaintiff BCSC shall recover from Defendants Yuzhnoye and

15             Yuzhmash on its claim for breach of the BCSC Loan Guarantee the

16             principal amount of USD $78,458,662.00;

17        b.    Plaintiff BCSC shall recover from Defendants Yuzhnoye and

18             Yuzhmash on its claim for breach of the BCSC Loan Guarantee

19             prejudgment interest[2] from August 5, 2009, up to and including

20             October 15, 2015, in the additional amount of USD **$15,802,434.35**;

21        c.    Plaintiff BCSC shall recover from Defendants Yuzhnoye and

22             Yuzhmash on its claim for breach of the BCSC Loan Guarantee

23             prejudgment interest in the additional amount of USD **$6,986.05** per

24             diem from October 16, 2015, up to and including the date the

25             Judgment is entered;

26        d.    With respect to Plaintiff BCSC and Defendants Yuzhnoye and

27

---

[2] *See supra* **n. 1.**

28

5

1    Yuzhmash, Plaintiff BCSC is the prevailing party for purposes of an
2    award of costs;

3    e.    Post-judgment interest shall apply to the total judgment awarded in
4          favor of Plaintiff BCSC against Defendants Yuzhnoye and
5          Yuzhmash (*i.e.*, USD **$94,261,096.35**, plus the amounts provided
6          under No. 4.c above, and plus any costs and/or attorneys' fees
7          subsequently awarded), as provided by 28 U.S.C. § 1961, as of the
8          date the Judgement is entered; and

9    f.    Defendants Yuzhnoye and Yuzhmash shall be jointly and severally
10         liable for all amounts awarded in favor of Plaintiff BCSC and
11         against Defendants Yuzhnoye and Yuzhmash under Paragraph No. 4
12         of the Judgment.

13   5.    The Court has not yet resolved Plaintiff Boeing's and Plaintiff BCSC's
14         claims that Energia Overseas, LLC and Energia Limited, Ltd. are alter
15         egos of RSC Energia.  Nevertheless, in accordance with Federal Rule of
16         Civil Procedure 54(b), this Court expressly determines that there is no just
17         reason to delay entry of this Final Judgment as to Plaintiffs' claims for
18         breach of the Creation Agreement and the BCSC Loan Guarantees against
19         Defendant RSC Energia and Defendants Yuzhnoye and Yuzhmash (and all
20         defenses thereto).

21   **IT IS SO ORDERED AND ADJUDGED.**

22   DATED: May 12, 2016

25   _____
          Hon. André Birotte Jr.
26        United States District Court Judge
          Central District of California

6

I hereby attest and certify on 4.27.2018
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Derek Davis
DEPUTY CLERK

1175